IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CONNIE ADER,

      Appellant/Cross-Appellee,

 v.

Case No. 5D21-2978
LT Case No. 35-2017-CA-000867-A

HOME DEPOT U.S.A., INC.,

      Appellee/Cross- Appellant.

_____/

Decision filed December 13, 2022

Appeal from the Circuit Court
for Lake County,
Michael G. Takac, Judge.

Jordan Redavid, of Fischer
Redavid PLLC, Hollywood, for
Appellant/Cross-Appellee.

Daniel S. Weinger, Anthony J.
Petrillo, and Anthony Merendino, of
Luks, Santaniello, Petrillo, Cohen &
Peterfriend, Orlando, for
Appellee/Cross-Appellant..

PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., WALLIS and EDWARDS, JJ., concur.